## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NATHAN ZACHARY MCMULLUN,                                           PLAINTIFF
#554072

v.                                      3:19-cv-00317-JM-JJV

SMITH, Staff on Duty, NEACCC; *et al.*                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Nathan Zachary McMullun ("Plaintiff") has filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights at the Northeast Arkansas Community Correction Center. (Doc. No. 1.) On November 18, 2019, I gave Plaintiff thirty (30) days to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. No. 2.) And, I cautioned him I would recommend dismissal, under Local Rule 5.5(c)(2), if he failed to timely do so. (*Id*.) Plaintiff has not complied with my instructions, and the time to do so has expired.

IT IS, THEREFORE, RECOMMENDED THAT:

1. The case be DISMISSED without prejudice due to lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 30th day of December 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE