# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NATHAN ZACHARY MCMULLUN, #554072                                                     PLAINTIFF

v.                                    3:19-cv-00317-JM-JJV

SMITH, Staff on Duty, NEACCC; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The case is DISMISSED WITHOUT PREJUDICE due to lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 17th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE