UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHAN ZACHARY MCMULLUN,                                           PLAINTIFF
#554072

v.                              3:19-cv-00317-JM-JJV

SMITH, Staff on Duty, NEACCC; *et al.*                            DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 17th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE